MARK T. SCHOENHOFER, S.C. #15781
1631 E. 1ST STREET
WICHITA, KANSAS 67214
316-262-5400
FAX: 316-262-1787
EMAIL: MYDEFENSEFIRST@YAHOO.COM

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-10037-01-EFM |
| ERIC REYES, | ) | |
|     Defendant. | ) | |
| | ) | |

**ENTRY OF APPEARANCE**

    **COMES NOW**, Mark T. Schoenhofer, and enters his appearance as counsel for the defendant, Eric Reyes, in the above captioned matter.

Respectfully submitted,

/S Mark T. Schoenhofer, Attorney
Mark T. Schoenhofer, #15781
1631 E. 1st Street
Wichita, Kansas 67214
316-262-5400
Fax: 316-262-1787
Email: mydefensefirst@yahoo.com

*United States of America v. Eric Reyes*, Case No. 18-10037-1-EFM
Entry of Appearance

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he electronically filed the foregoing entry of appearance with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

<u>/S Mark T. Schoenhofer, Attorney</u>
Mark T. Schoenhofer, #15781