AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

FILED
U.S. District Court
District of Kansas

APR - 9 2018

Clerk, U.S. District Court
By _____ Deputy Clerk

| | |
|---|---|
| United States of America<br>v.<br>ERIC REYES<br>*Defendant* | )<br>)<br>)  Case No. 6:18-cr-10037-01-EFM<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ERIC REYES,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Attempted possession with the intent to distribute a mixture or substance containing a detectable amount of methampetamine. See attached indictment for additional charges.

Date: 03/27/2018

S/ A. Anderson
*Issuing officer's signature*

City and state:  Wichita, Kansas

Timothy M. O'Brien, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 3/27/18, and the person was arrested on *(date)* 4/6/18
at *(city and state)* Wichita, KS

Date: 4/6/18

For DGM

*Arresting officer's signature*

L. KAL DOOM
*Printed name and title*